UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                                                                           Case No. 07-30-0

ROBERT BELL

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

**ROBERT BELL**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Indictment from ED/MO was held on March 9, 2007.

After hearing the evidence, I find that **ROBERT BELL** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **ROBERT BELL** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this _____19th_____ day of March, 2007.

_____s/Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office